1  JAMES ANDREW HINDS, JR. (SBN 71222)
   THE HINDS LAW GROUP, APC
2  jhinds@hindslawgroup.com
3  2390 Crenshaw Blvd., Ste. 240
   Torrance, California  90501
4  Telephone: (310) 617-1877
5
6  Attorneys for Plaintiff, PRELUDE SYSTEMS, INC.
7
8
9              **UNITED STATES DISTRICT COURT**
10             **CENTRAL DISTRICT OF CALIFORNIA**
11
12                 **SANTA ANA DISTRICT**
13

| | |
|---|---|
| PRELUDE SYSTEMS, INC., a California corporation, | Case No. |
| Plaintiff, | **COMPLAINT FOR DAMAGES FOR:** |
| vs. | 1. **BREACH OF CONTACT; and** 2. **COMMON COUNTS** |
| FISKER INC., a foreign corporation, and DOES 1 through 10, inclusive, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

**COMES NOW** Plaintiff PRELUDE SYSTEMS, INC., a California corporation (hereinafter referred to as the "PLANITIFF"), against Defendant FISKER INC., a foreign corporation (hereinafter referred to as the "FISKER") and DOES 1 through 10, inclusive.

/ / /

1

## SUMMARY OF THE ACTION

1. On or about October 1, 2023, FISKER and the PLAINTIFF execute a series of contracts for the PLAINTIFF to perform computer related services for FISKER related to Salesforce, Data, Backend, SAP, and QA services as well as Call Center activities. Attached hereto as Exhibits "1" and "2," and by this reference incorporated herein as if set forth in full is a true and accurate copies of the Statement of Work Exhibits -A for said services.

2. As set forth hereinbelow, FISKER breached the parties' agreements by failing and refusing to pay PLAINTIFF for services performed by PLAINTIFF for FISKER.

## THE PARTIES

3. Plaintiff PRELUDE SYSTEMS, INC., is a California corporation that is duly registered to conduct business in the State of California, and which is doing business in the County of Orange.

4. PLAINTIFF is informed and believes and upon said information and believe asserts that FISKER is a Delaware corporation, which is and was at all times relevant hereto conducted business in the County of Los Angeles, State of California.

5. PLAINTIFF is ignorant of the true names and capacities of the Defendants sued herein as DOES 1 through 10 and therefore sues these Defendants by such fictitious names. PLAINTIFF will amend this Complaint to allege the true names and capacities of these Defendants when ascertained. At all times mentioned herein, Defendants including Defendant FISKER, and each of them, were the agents, servants, and employee of the remaining Defendants, and each of them and that at all times mentioned herein, Defendants and each of them were acting with the knowledge of each other

2

and within the course and scope of their agency or employment, as applicable.

## JUSITDICTION AND VENUE

6.   This Court has subject-matter jurisdiction under 28 U.S.C. § 1331 because this case arises under the Constitution and laws of the United States. Jurisdiction in this Court is proper because each of the claims for relief set forth in this Complaint arises under California law, because the amount of damages in controversy is within that jurisdiction of this Court , because the contract was entered in the County of Orange, because Defendant FISKER is conducting business in this judicial district, and because this action concerns the right to payment for services rendered by the PLAINTIFF for FISKER.

7.   Venue is proper in Los Angeles County under 28 U.S.C. § 1391(b)(1), (2), or (3) and FRCP 8(a)(1) because: **(i)** one of more of the acts, omissions, breaches, and wrongs giving rise to the claims asserted herein occurred or were to be performed in Orange County; **(ii)** Defendant FISKER conducts business in the County of Los Angeles; and **(iii)** this action concerns the rights to collection for services of rendered at the special request of FISKER within this judicial district.

## GENERAL ALLEGATIONS

8.   On or about October 1, 2023, FISKER and the PLAINTIFF execute a series of contracts for the PLAINTIFF to perform computer related services for FISKER related to Salesforce, Data, Backend, SAP, and QA services as well as Call Center activities.  Attached hereto as Exhibits "1" and "2," and by this reference incorporated herein as if set forth in full is a true and accurate copies of the Statement of Work Exhibits -A for said services.

3

9.  Pursuant to the scope of work to be performed by the PLAINTIFF for FISKER as set forth in the Statement of Work Exhibits -A were in fact performed by the PLAINTIFF on time and in accordance with the terms of the Statement of Work Exhibits -A and accepted by FISKER.

10. Due to factors beyond the control of the PLANITIFF over the past year Fisker has run into financial distress.  For example, FISKER recently cut its workforce by 15% and paused construction of its electric Ocean SUV due to cash shortages, and FISKER allegedly lost track of millions of dollars in customer payments as it scaled up deliveries, leading to an internal audit that started in December and took months to complete.  In addition, FISKER's internal confusion put FISKER in a position where it could not accurately say how much revenue it had generated, according to the people, who noted it is one of the reasons FISJER has yet to file its annual financial report for 2023.  Two chief accounting officers resigned at FISKER within a month and FISKER was delisted on the stock exchange.

## FIRST COUNT
## BREACH OF CONTRAC

11. PLANITIFF incorporates the above allegations in paragraphs 1 through 10 and incorporates the same herein as if set forth in full.

12. PLANITIFF performed all of the acts on its part to be performed under the terms of the Statement of Work Exhibits -A (Exhibits "1" and "2" hereto), except for those obligations and covenants for which performance was excused or made impossible by the acts of FISKER.

13. FISKER breached the terms of the Statement of Work Exhibits -A (Exhibits "1" and "2" hereto), by failing to pay when due invoices were sent to FASKER by the PLAINTIFF from time to time.  As a result of the failure of

4

1  FISKER to make timely payments the PLAINTIFF ceased work under the

2  terms of the Statement of Work Exhibits -A (Exhibits "1" and "2" hereto).

3  14. As a direct and proximate result of FISKER's breach of the Statement of

4  Work Exhibits -A (Exhibits "1" and "2" hereto) PLAINTIFF suffered

5  damages.

6  15. PLAINTIFF is entitled to an award of compensatory damages including, but

7  not limited to the sum of no less than $660,053.17, as well as costs of suit,

8  interest, and attorneys' fees incurred herein.

9

## SECOND COUNT

## BREACH OF CONTRACT

16. PLANITIFF incorporates the above allegations in paragraphs 1 through 15

and incorporates the same herein as if set forth in full.

17. Within the last four years and open book account for money due from

FISKER to the PLANITIFF for the sum of no less than $660,053.17, as well

as costs of suit and attorneys; fees incurred herein.

18. $660,053.17, which is the reasonable value for said service is due and

unpaid despite PLAINTIFF'S demand therefor plus prejudgment interest

according to proof at trial.

## PRAYER FOR RELIEF

1. For general and special damages in the amount of $660,053.17;

2. For an order awarding the PLAINTIFF its attorneys' fees and costs

incurred in this action according to proof at trial; and

3. For such other and further relief as this Court may deem just and proper.

/ / /

/ / /

COMPLAINT FOR DAMAGES

DATED: May 15, 2024          JAMES ANDREW HINDS, JR.
                             THE HINDS LAW GROUP, APC


                             By: /s/ James Andrew Hinds, Jr.
                             JAMES ANDREW HINDS, JR.
                             Attorneys for Plaintiff, PRELUDE
                             SYSTEMS, INC.


## **DEMAND FOR TRIAL BY JURY**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure Plaintiff, PRELUDE SYSTEMS, INC. demands a trial by jury in this matter.

DATED: May 15, 2024          JAMES ANDREW HINDS, JR
                             THE HINDS LAW GROUP, APC.


                             By: /s/ James Andrew Hinds, Jr.
                             JAMES ANDREW HINDS, JR.
                             Attorneys for Plaintiff, PRELUDE
                             SYSTEMS, INC.

6

# EXHIBIT "1"

# EXHIBIT "1"



# STATEMENT OF WORK
## EXHIBIT -A

This document dated **October 1, 2023** and its attachments comprise Statement of Work (this "Statement of Work") under Contract Services (the "Agreement") made as of **October 1st 2023** by **Prelude Systems, Inc.,** a California Corporation located at 5 Corporate Park, Suite# 140, Irvine, CA 92606 (hereinafter referred to as PSI) and **Fisker Inc.,** (hereinafter referred to as client) located at 1888 Rosecrans Avenue, Manhattan Beach, California 90266, U.S.A.

This SOW establishes the working boundaries for the engagement, subject to the terms and conditions of the Agreement.

## Engagement Information

| | |
|---|---|
| Engagement Type | Time and Material |
| Client Name: | Fisker Inc. |
| Start Date: | October 1st, 2023 |
| Duration: | October 1st, 2023, to June 30th, 2024 |
| Description: | Call Center |
| Roles/Positions: | Multiple – Refer to the "Project Team and Pricing" section below |
| Bill Rate: | Refer to the "Project Team and Pricing" section below |
| Payment Terms: | Oct & Nov 2023 – Net 7 days, Dec 2023 to Jun 2024 - Net 30 days |
| Location: | Onshore/Offshore |
| Termination of SOW: | 45 Days' notice by either party |
| Invoice to: | PRELUDESYS will send all invoices to ap@fiskerinc.com |

## Project Team and Pricing

Below table contains the details of skills and fees.

PSI will perform the services under this SOW on a time and materials basis at the following rates, invoiced monthly based on actual hours in the month. Over time (more than 40 hours in a week), will be charged for non-exempt resources at 1.5 times the hourly rate mentioned in the table below.

| # | Stack | Role | Location | Qty | Start Date | End Date | Estimated Hours | Hourly Rate | Total Fees |
|---|-------|------|----------|-----|-----------|----------|-----------------|-------------|------------|
| 1 | Call Center | Agent | Offshore | 26 | 06-Oct-23 | 31-Jan-24 | 14116 | $12.00 | $169,392 |
| 2 | Call Center | Agent | Onshore | 24 | 09-Oct-23 | 30-Jun-24 | 32350 | $28.00 | $905,798 |
| 3 | Call Center | Call Center Director | Onshore | 1 | 05-Oct-23 | 30-Jun-24 | 1778 | $110.00 | $195,580 |
| 4 | Call Center | Call Center Lead | Offshore | 2 | 06-Nov-23 | 31-Jan-24 | 888 | $25.00 | $22,200 |
| 5 | Call Center | Call Center Lead | Onshore | 3 | 10-Oct-23 | 30-Jun-24 | 4183 | $65.00 | $271,873 |
| 6 | Call Center | Call Center Manager | Offshore | 1 | 16-Nov-23 | 31-Jan-24 | 400 | $27.00 | $10,800 |
| 7 | Call Center | Call Center Manager | Onshore | 1 | 26-Oct-23 | 30-Nov-23 | 126 | $78.00 | $9,789 |
| | **Grand Total** | | | | | | 53841 | | $1,585,432 |

**Acknowledgement**

Please sign below indicating the review and agreement of the above terms.

| Prelude Systems, Inc. | Fisker Inc., (Client) |
|---|---|
| By: Kiran Babu Chandra | By: cheryl johnson |
| Sign: | Sign: *cheryl johnson* |
| Title: CEO | Title: SVP |
| Date: Dec 15, 2023 | Date: Dec 15, 2023 |

# Fisker - Preludesys - SOW 002 - TM - Call Center - 13 Dec 2023 - v9.0

Final Audit Report                                    2023-12-15

| | |
|---|---|
| Created: | 2023-12-15 |
| By: | Vida Akaadom (vakaadom@fiskerinc.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAzddf_ucmoZRsjB4RfN5xk8TK4rT0wjVT |

## "Fisker - Preludesys - SOW 002 - TM - Call Center - 13 Dec 2023 - v9.0" History

🔶 Document created by Vida Akaadom (vakaadom@fiskerinc.com)
2023-12-15 - 5:50:37 PM GMT

📧 Document emailed to Kiran Babu Chandra (kiran@preludesys.com) for signature
2023-12-15 - 5:57:48 PM GMT

🔶 Email viewed by Kiran Babu Chandra (kiran@preludesys.com)
2023-12-15 - 5:58:12 PM GMT

✍️ Document e-signed by Kiran Babu Chandra (kiran@preludesys.com)
Signature Date: 2023-12-15 - 6:15:29 PM GMT - Time Source: server

📧 Document emailed to cjohnson@fiskerinc.com for signature
2023-12-15 - 6:15:30 PM GMT

🔶 Email viewed by cjohnson@fiskerinc.com
2023-12-15 - 6:15:46 PM GMT

✍️ Signer cjohnson@fiskerinc.com entered name at signing as cheryl johnson
2023-12-15 - 6:16:02 PM GMT

✍️ Document e-signed by cheryl johnson (cjohnson@fiskerinc.com)
Signature Date: 2023-12-15 - 6:16:04 PM GMT - Time Source: server

⬤ Agreement completed.
2023-12-15 - 6:16:04 PM GMT

# EXHIBIT "2"

# EXHIBIT "2"



# STATEMENT OF WORK
## EXHIBIT -A

This document dated **October 1 , 2023** and its attachments comprise Statement of Work (this "Statement of Work") under Contract Services (the "Agreement") made as of **October 1, 2023** by **Prelude Systems, Inc.,** a California Corporation located at 5 Corporate Park, Suite# 140, Irvine, CA 92606 (hereinafter referred to as PSI) and **Fisker Inc.,** (hereinafter referred to as client) located at 1888 Rosecrans Avenue, Manhattan Beach, California 90266, U.S.A.

This SOW establishes the working boundaries for the engagement, subject to the terms and conditions of the Agreement.

## Engagement Information

| Engagement Type | Time and Material |
|---|---|
| Client Name: | Fisker Inc. |
| Start Date: | October 1ˢᵗ, 2023 |
| Duration: | October 1ˢᵗ, 2023, to June 30ᵗʰ, 2024 |
| Description: | IT Support across Salesforce, Data, Backend, SAP and QA |
| Roles/Positions: | Multiple – Refer to the "Project Team and Pricing" section below |
| Bill Rate: | Refer to the "Project Team and Pricing" section below |
| Payment Terms: | Oct & Nov 2023 – Net 7 days, Dec 2023 to Jun 2024 - Net 30 days |
| Location: | Onshore/Offshore |
| Invoice to | PRELUDESYS will send all invoices to ap@fiskerinc.com |

## Project Team and Pricing

Below table contains the details of team members and the pricing details.

PSI will perform the services under this SOW on a time and materials basis at the following rates, invoiced monthly based on actual hours in the month.

| # | Stack | Role | Location | Qty | Start Date | End Date | Estimated Hours | Hourly Rate | Total Fees |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Backend | Business Analyst | Onshore | 2 | 16-Oct-23 | 30-Jun-24 | 2824 | $105.00 | $296,520.00 |
| 2 | Backend | Lead | Offshore | 1 | 05-Oct-23 | 30-Jun-24 | 1480 | $34.00 | $50,320.00 |
| 3 | Backend | Lead | Onshore | 1 | 30-Oct-23 | 30-Jun-24 | 1413 | $125.00 | $176,625.00 |
| 4 | Backend | Project Manager | Onshore | 1 | 05-Oct-23 | 30-Jun-24 | 1567 | $125.00 | $195,875.00 |
| 5 | Backend | Sr. Developer | Offshore | 2 | 09-Oct-23 | 30-Jun-24 | 2874 | $29.00 | $83,346.00 |
| 6 | Backend | Sr. Developer | Onshore | 3 | 05-Oct-23 | 30-Jun-24 | 4726 | $109.00 | $515,134.00 |
| 7 | BI Reports | Data Architect | Onshore | 1 | 30-Oct-23 | 31-Jan-24 | 504 | $125.00 | $63,000.00 |
| 8 | BI Reports | Sr. Developer | Offshore | 2 | 23-Oct-23 | 31-Dec-23 | 1692 | $29.00 | $49,068.00 |
| 9 | Delivery | Sr. Consultant | Onshore | 1 | 26-Oct-23 | 08-Dec-23 | 386 | $125.00 | $48,250.00 |
| 10 | Engagement | Sr. Advisory Consultant | Onshore | 1 | 05-Oct-23 | 31-Oct-23 | 154 | $125.00 | $19,250.00 |
| 11 | Inventory | Project Manager | Onshore | 1 | 26-Oct-23 | 29-Feb-24 | 606.5 | $125.00 | $75,812.50 |
| 12 | QA | QA Tester | Offshore | 1 | 26-Oct-23 | 30-Jun-24 | 1348 | $29.00 | $39,092.00 |
| 13 | QA | QA Tester | Onshore | 1 | 07-Nov-24 | 30-Jun-24 | 1324 | $85.00 | $112,540.00 |
| 14 | Salesforce | Architect | Offshore | 1 | 01-Nov-23 | 31-Dec-23 | 339 | $40.00 | $13,560.00 |
| 15 | Salesforce | Project Manager | Offshore | 1 | 09-Oct-23 | 08-Dec-23 | 196 | $44.00 | $8,624.00 |
| 16 | Salesforce | QA Tester | Offshore | 1 | 09-Oct-23 | 30-Jun-24 | 1442 | $29.00 | $41,818.00 |

| 17 | Salesforce | Sr. Advisory Consultant | Onshore | 1 | 06-Oct-23 | 30-Jun-24 | 1665.5 | $125.00 | $208,187.50 |
|----|------------|------------------------|---------|---|-----------|-----------|--------|---------|-------------|
| 18 | Salesforce | Sr. Developer | Offshore | 5 | 09-Oct-23 | 30-Jun-24 | 6147 | $35.00 | $215,145.00 |
| 19 | Salesforce | Sr. Developer | Onshore | 2 | 09-Oct-23 | 30-Jun-24 | 713 | $115.00 | $81,995.00 |
| 20 | SAP | Enterprise Architect | Onshore | 1 | 12-Oct-23 | 31-Jan-24 | 624 | $125.00 | $78,000.00 |
| 21 | SAP | SAP Integration Developer | Onshore | 1 | 16-Oct-23 | 31-Jan-24 | 584 | $125.00 | $73,000.00 |
| Grand Total | | | | | | | 32609 | | $2,445,162.00 |

## Acknowledgement

Please sign below indicating the review and agreement of the above terms.

| Prelude Systems, Inc. | Fisker Inc., (Client) |
|---|---|
| By: Kiran Babu Chandra | By: Cheryl johnson |
| Sign: *Kiran Babu Chandra  Dec 15, 2023 08:14 PST* | Sign: *Cheryl johnson* |
| Title: CEO | Title: SVP |
| Date: Dec 15, 2023 | Date: Dec 15, 2023 |

Fisker - Preludesys - SOW 001 - TM - Digital Systems and Apps IT - 13 Dec 2023 - v9.0

Final Audit Report                                                                    2023-12-15

| | |
|---|---|
| Created: | 2023-12-15 |
| By: | Vida Akaadom (vakaadom@fiskerinc.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAXPQ46k70bj-ksriL3ePZge9J9LROIBcM |

## "Fisker - Preludesys - SOW 001 - TM - Digital Systems and Apps IT - 13 Dec 2023 - v9.0" History

📄 Document created by Vida Akaadom (vakaadom@fiskerinc.com)
2023-12-15 - 5:46:45 PM GMT

📧 Document emailed to Kiran Babu Chandra (kiran@preludesys.com) for signature
2023-12-15 - 5:49:36 PM GMT

📄 Email viewed by Kiran Babu Chandra (kiran@preludesys.com)
2023-12-15 - 5:50:52 PM GMT

✍️ Document e-signed by Kiran Babu Chandra (kiran@preludesys.com)
Signature Date: 2023-12-15 - 6:14:26 PM GMT - Time Source: server

📧 Document emailed to cjohnson@fiskerinc.com for signature
2023-12-15 - 6:14:27 PM GMT

📄 Email viewed by cjohnson@fiskerinc.com
2023-12-15 - 6:14:50 PM GMT

✍️ Signer cjohnson@fiskerinc.com entered name at signing as Cheryl johnson
2023-12-15 - 6:15:06 PM GMT

✍️ Document e-signed by Cheryl johnson (cjohnson@fiskerinc.com)
Signature Date: 2023-12-15 - 6:15:08 PM GMT - Time Source: server

✅ Agreement completed.
2023-12-15 - 6:15:08 PM GMT

**Adobe Acrobat Sign**