JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRELUDE SYSTEMS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FISKER INC., a foreign corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 8:24-cv-01060 JWH (ADSx)<br><br>**ORDER DISMISSING CASE BASED ON STATUS OF THE FISKER CHAPTER 11 CASES**<br><br>Complaint Filed: May 16, 2024<br>Trial Date: None |

      Based upon the parties' responses to this Court's June 24, 2024-Order staying this action [Docket # 25], including, without limitation Plaintiff PRELUDE SYSTEMS, INC.'s First and Second Status Reports [Dockets ## 27 and 28], and in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that this action is **DISMISSED without prejudice**.

      **IT IS SO ORDERED.**

DATED:  November 26, 2024

UNITED STATES DISTRICT JUDGE